## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## ASHLAND

**Civil Action No. 19-49-HRW-CJS**

**DESEAN NEAL,**                                                                                    **PLAINTIFF,**

**v.**                                                            **ORDER**

**CHRISTOPHER BANKS,** *et al.***,**                                             **DEFENDANTS.**


This matter is before the Court upon Plaintiff Desean Neal's Motion for an Injunction Order [Docket No. 21]. Pursuant to the standing referral order, the motion was referred to United States Magistrate Judge Candace J. Smith for consideration. The Magistrate has issued a report and recommends that the motion be overruled [Docket No. 29].

Plaintiff has not objected to the report and recommendation, and the time for doing so has passed.

Accordingly, **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's report and recommendation is hereby approved and adopted as and for the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff Desean Neal's Motion for an Injunction Order [Docket No. 21] be **OVERRULED**.

This  24th day of November 2020.



Signed By:

*Henry R Wilhoit Jr.*

**United States District Judge**