UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 19-49-HRW-CJS

**DESEAN NEAL,**                                                     **PLAINTIFF,**

v.                        <u>**ORDER**</u>

**CHRISTOPHER BANKS,** *et al.*                            **DEFENDANTS.**

Plaintiff Desean Neal initiated this action with the filing of his pro se Civil Rights Complaint Under 42 U.S.C. § 1983. After initial screening by the undersigned, this matter was referred to the Magistrate Judge Candace J. Smith to conduct all further pretrial proceedings, including preparing proposed findings of fact and recommendations on any dispositive motions. Defendants filed a motion for summary judgment. [Docket No. 44].

By Report and Recommendation filed on February 28, 2022, Magistrate Judge Smith recommends that Defendants' dispositive motion be overruled as moot and this matter be dismissed without prejudice. [Docket No. 53].

There have been no objections to Magistrate Judge Smith's Report and Recommendation and the time for filing the same has passed.

After carefully considering the record, the Court finds the Report and Recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS HEREBY ORDERED:**

(1) that the Magistrate Judge's Report and Recommendation [Docket No. 53] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion;

(2) that Defendants' Motion for Summary Judgment [Docket No. 44] be **OVERRULED** as **MOOT**; and

(3) that this matter be **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket of this Court.

This 21st day of March 2022.

Signed By:
*Henry R Wilhoit Jr.*
United States District Judge